A CERTIFIED TRUE COPY
ATTEST

By April Layne on Feb 25, 2009

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

E-filing
C-08-5718-ERL

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Feb 09, 2009

FILED
CLERK'S OFFICE

IN RE: NUVARING PRODUCTS LIABILITY LITIGATION

MDL No. 1964

(SEE ATTACHED SCHEDULE)

FILED
FEB 27 2009
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO

CONDITIONAL TRANSFER ORDER (CTO-6)

On August 22, 2008, the Panel transferred eight civil actions to the United States District Court for the Eastern District of Missouri for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See 572 F.Supp.2d 1382 (J.P.M.L. 2008). Since that time, 60 additional actions have been transferred to the Eastern District of Missouri. With the consent of that court, all such actions have been assigned to the Honorable Rodney W. Sippel.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Missouri and assigned to Judge Sippel.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Missouri for the reasons stated in the order of August 22, 2008, and, with the consent of that court, assigned to the Honorable Rodney W. Sippel.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Missouri. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Feb 25, 2009

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

# IN RE: NUVARING PRODUCTS LIABILITY LITIGATION      MDL No. 1964

## SCHEDULE CTO-6 - TAG-ALONG ACTIONS

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|

**CALIFORNIA NORTHERN**
CAN 3 08-5718    Tara Siebelist v. Organon USA, Inc., et al.

**MINNESOTA**
MN 0 09-215    Comanicasha Leckland v. Organon USA, Inc., et al.

**MISSOURI WESTERN**
MOW 2 09-4006    Amanda Cook v. Organon USA, Inc., et al.

**NEW JERSEY**
NJ 2 08-5828    Kaci Duke, et al. v. Organon USA, Inc., et al.
NJ 2 08-5935    Sherrylee M. Antonelli, et al. v. Organon USA, Inc., et al.
NJ 2 08-5945    Lindsey D. Blanchard v. Organon USA, Inc., et al.
NJ 2 08-5954    Gabrielle Loving-Porter v. Organon USA, Inc., et al.
NJ 2 08-6017    Malinda L. Walker, et al. v. Organon USA, Inc., et al.
NJ 2 08-6063    Vanessa Taylor Childs, et al. v. Organon USA, Inc., et al.
NJ 2 08-6111    Kendra M. Martellaro, et al. v. Organon USA, Inc., et al.
NJ 2 08-6184    Jody L. Kern, et al. v. Organon USA, Inc., et al.
NJ 2 08-6324    Lori D. Brandt, etc. v. Organon USA, Inc., et al.
NJ 2 09-18    Ray C. Roeller, etc. v. Organon USA, Inc., et al.
NJ 2 09-59    Crystal M. Goehrs, et al. v. Organon USA, Inc., et al.
NJ 2 09-65    Jennifer A. Acton v. Organon USA, Inc., et al.
NJ 2 09-217    Heather E. Cronin v. Organon USA, Inc., et al.
NJ 2 09-224    Shannon V. Cooper v. Organon USA, Inc., et al.
NJ 2 09-261    Amber W. Wood v. Organon USA, Inc., et al.

**TEXAS NORTHERN**
TXN 3 08-1630    Jennifer Spence v. Organon USA, Inc., et al.

**UTAH**
UT 2 09-4    Ray C. Roeller, etc. v. Organon USA, Inc., et al.

## UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

**CHAIRMAN:**
John G. Heyburn II
United States District Court
Western District of Kentucky

**MEMBERS:**
J. Frederick Motz
United States District Court
District of Maryland

Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Kathryn H. Vratil
United States District Court
District of Kansas

David R. Hansen
United States Court of Appeals
Eighth Circuit

W. Royal Furgeson, Jr.
United States District Court
Western District of Texas

Frank C. Damrell, Jr.
United States District Court
Eastern District of California

**DIRECT REPLY TO:**
Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax: [202] 502-2888
http://www.jpml.uscourts.gov

February 25, 2009

James G. Woodward, Clerk
3300 Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street
St. Louis, MO 63102-1116

Re: MDL No. 1964 -- IN RE: NuvaRing Products Liability Litigation

(See Attached CTO-6)

Dear Mr. Woodward:

Attached as a PDF document is a certified copy of a conditional transfer order filed by the Panel in the above-captioned matter on February 9, 2009. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A list of involved counsel, judges and clerks are attached to this letter.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By April C. Layne
Docket Specialist

Attachments (Conditional Transfer Order is a Separate Document)

cc: Transferee Judge: Judge Rodney W. Sippel

JPML Form 36A

**IN RE: NUVARING PRODUCTS LIABILITY LITIGATION**  MDL No. 1964

## INVOLVED COUNSEL LIST (CTO-6)

Akzo Nobel, NV
Velperweg 76
6800 SB Arnhem
The Netherlands

Melissa A. Geist
REED SMITH LLP
Princeton Forrestal Village
136 Main Street
Suite 250
Princeton, NJ 08540

Kristine K. Kraft
SCHLICHTER BOGARD & DENTON
100 South Fourth Street
Suite 900
St. Louis, MO 63102

Gregory N. McEwen
MCEWEN LAW FIRM LTD
5850 Blackshire Path
Inver Grove Heights, MN 55076

Nancy A. Mismash
ROBERT J DEBRY & ASSOCIATES
4252 South 700 East
Salt Lake City, UT 84107

Paul D. Rheingold
RHEINGOLD VALET RHEINGOLD
SHKOLNIK & MCCARTNEY LLP
113 East 37th Street
New York, NY 10016-3042

Hunter J. Shkolnik
RHEINGOLD VALET RHEINGOLD
SHKOLNIK & MCCARTNEY LLP
113 East 37th Street
New York, NY 10016-3042

Albert Gustav Stoll, Jr.
ALBERT G STOLL JR LC
55 Francisco Street
Suite 403
San Francisco, CA 94133

Tracy G. Weiss
REED SMITH LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

Sonja S. Weissman
REED SMITH LLP
1999 Harrison Street
Suite 2400
Oakland, CA 94612-3572

Jeremy Reade Wilson
COREA FIRM PLLC
325 North Saint Paul Street
Suite 4150
Dallas, TX 75201

**IN RE: NUVARING PRODUCTS LIABILITY LITIGATION**          MDL No. 1964

## INVOLVED JUDGES LIST (CTO-6)

Hon. Harold A. Ackerman
Senior U.S. District Judge
305 U.S. Post Office & Courthouse
Two Federal Square
Newark, NJ 07102

Hon. Samuel Alba
U.S Magistrate Judge
United Statres District Court
260 Frank E. Moss U.S. Courthouse
350 South Main Street
Salt Lake City, UT 84101

Hon. Richard H. Kyle
Senior U.S. District Judge
772 Warren E. Burger Federal Building
316 N. Robert Street
St. Paul, MN 55101

Hon. Elizabeth D. Laporte
U.S. Magistrate Judge
15-6588 Phillip Burton U.S. Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102-3434

Hon. Nanette K. Laughrey
U.S. District Judge
307 United States Courthouse
131 West High Street
Jefferson City, MO 65101-1557

Hon. Sam A. Lindsay
U.S. District Judge
Earle Cabell Federal Building & U.S. Courthouse
1100 Commerce Street, Room 1312
Dallas, TX 75242-1003

# IN RE: NUVARING PRODUCTS LIABILITY LITIGATION    MDL No. 1964

## INVOLVED CLERKS LIST (CTO-6)

Richard W. Wieking, Clerk
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3489

Richard Sletten, Clerk
202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Patricia L. Brune, Clerk
310 U.S. Courthouse
131 West High Street
Jefferson City, MO 65102

William T. Walsh, Clerk
Martin Luther King, Jr. Federal
Bldg. & U.S. Courthouse
50 Walnut Street, 4th Floor
Newark, NJ 07102

Karen S. Mitchell, Clerk
1452 Earle Cabell Federal Building & U.S. Courthouse
1100 Commerce Street
Dallas, TX 75242-1310

D. Mark Jones, Clerk
150 Frank E. Moss U.S. Courthouse
350 South Main Street
Salt Lake City, UT 84101